**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CHUKWUDI BRUNO NJOKU,<br>an individual,<br><br>PLAINTIFF,<br><br><br>vs.<br><br>SUFIAN, LLC,<br><br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-00302-JMD |

**NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff Chukwudi Bruno Njoku, by and through the undersigned counsel, hereby notifies this Court that the parties have reached a settlement on the material issues in this matter.

Accordingly, the parties respectfully request that the Court vacate all pending deadlines, including discovery deadlines, to allow the parties sixty (60) days to finalize and execute a formal settlement agreement and file a Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted this __17__ day of August, 2026.

/s/ *Michelle M. Funkenbusch*
Michelle M. Funkenbusch, MO Bar #48603
LAW OFFICE OF MICHELLE
M. FUNKENBUSCH
2901 Dougherty Ferry Road, Suite 100
St. Louis, MO 63122
Tel: (314) 338-3500
Fax: (314) 270-8103
funkenbuschada@SaintLouisLegal.com
*Attorney for Plaintiff*

/s/ *Brendan M. May*
Brendan M. May, MO Bar #76694
CURTIS, HEINZ, GARRETT & O'KEEFE
222 S. Central Avenue, 10th Floor
Clayton, MO 63105
Phone: (314) 725-8788
Fax: (314) 725-8789
bmay@chgolaw.com
*Attorney for Defendant*